# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157740 & (90)(97)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee/
      Cross-Appellant,

v

TOD KEVIN HOUTHOOFD,
      Defendant-Appellant/
      Cross-Appellee.

SC: 157740
COA: 332323
Saginaw CC: 05-025865-FH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 14, 2017 and March 15, 2018 judgments of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019



d0109

Clerk